**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff BRADLEY BRAZILL

**WILLIAM A. MUNOZ (SBN 191649)**
**BRITTANY NG (267581)**
**MURPHY, PEARSON, BRADLEY & FEENEY**
520 Capitol Mall Ste 250
Sacramento, CA 95814
Telephone: (916) 565-0300

Attorneys for Defendant CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRAZILL,<br><br>        Plaintiff,<br><br>    vs.<br><br>CALIFORNIA NORTHSTATE COLLEGE<br>OF PHARMACY, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:12-CV-01218-WBS-EFB<br><br>**STIPULATION AND ORDER TO**<br>**EXTEND DATE FOR EXPERT**<br>**DISCLSOURE** |

Whereas, trial in this matter is set for November 26, 2013, and the final pretrial conference is set for October 15, 2013.

Whereas, expert disclosure is due currently on June 17, 2013 and discovery cut off is August 1, 2013.

Whereas, the Court ruled on defendants' motion for summary judgment recently, on June 5, 2013.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Whereas, the parties wish to extend the time for expert disclosure, for a period of three weeks, to July 8, 2013.  Plaintiff, in particular, stipulates to an extension in order to finalize his expert(s) list to include those experts whose expertise will relate specifically to his remaining age discrimination claim.

Therefore, it is hereby stipulated and agreed by all parties, by and through their counsel whose signatures appear below, that the date for expert disclosure shall be extended three weeks to July 8, 2013.


Respectfully submitted,


Dated: June 17, 2013          /s/ Manolo Olaso
                              Manolo Olaso
                              Law Offices of Johnny L. Griffin, III
                              Attorneys for Plaintiff BRADLEY BRAZILL


William A. Munoz has reviewed this Stipulation and Proposed Order and has authorized the filer to sign on his behalf for purposes of electronic filing.


Dated: June 17, 2013          /s/ William A. Munoz
                              WILLIAM A. MUNOZ
                              MURPHY, PEARSON, BRADLEY & FEENEY
                              Attorneys for Defendant CALIFORNIA NORTHSTATE
                              COLLEGE OF PHARMACY, LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  June 19, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com