1  William A. Munoz - 191649
   Brittany Y. Ng - 267581
2  MURPHY, PEARSON, BRADLEY & FEENEY
   520 Capitol Mall, Suite 250
3  Sacramento, CA 95814
   Telephone:   (916) 565-0300
4  Facsimile:   (916) 565-1636

5  Attorneys for Defendants
   CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC
6

7  Johnny L. Griffin, III - 118694
   Manolo H. Olaso - 195629
   LAW OFFICES OF JOHNNY L. GRIFFIN, III
8  1010 F Street, Suite 200
   Sacramento, CA 95814
9  Telephone:   (916) 444-5557
   Fax:         (916) 444-5558
10

11 Attorneys for Plaintiff
   BRADLEY BRAZILL

12                      UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF UNITED STATES DISTRICT COURT

14

15 BRADLEY BRAZILL,                      Case No.: 2:12CV-01218-WBS-GGH

16      Plaintiff,                       STIPULATION TO CONTINUE TRIAL

17 v.

18 CALIFORNIA NORTHSTATE COLLEGE OF
   PHARMACY, LLC; CALIFORNIA
19 NORTHSTATE UNIVERSITY, LLC, and DOES 1
   through 10, inclusive,
20
        Defendants.
21

22      1.   Whereas, pursuant to the Court's September 13, 2012 Pretrial Scheduling Order, this

23 matter was originally set for trial on November 26, 2013 at 9:00 a.m.

24      2.   Whereas, pursuant to the Court's October 15, 2013 Final Pretrial Order, the trial of this

25 matter was continued to February 4, 2014, with an anticipated length of trial of five to seven days.

26      3.   Whereas, Defendant California Northstate College of Pharmacy, LLC's ("Defendant")

27 retained and disclosed employment attorney expert is scheduled to be out of the country for a pre-paid

28

vacation from February 4, 2014 through February 11, 2014, such that she is unavailable for the current trial date.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective counsel, that the trial currently set in the above-captioned matter for February 4, 2014 be continued to February 17, 2014, or as soon thereafter as the Court's calendar permits, provided that the continued trial date shall not conflict with the following dates on Defendant's counsel's calendar:  (1)  pre-paid vacation from March 19, 2013 through March 24, 2013; (2) 10-14 day trial commencing on June 23, 2014 in Placer County; and (3)  14-17 day trial commencing on July 14, 2014 in Sacramento County, nor conflict with the dates on  Plaintiff's counsel's calendar: (1) one-week jury trial on February 24, 2014 in Sacramento County; (2) two to three week jury trial on April 28, 2014 in Yolo County; (3) one-week jury trial on August 18, 2014 in the Eastern District of California.  The parties further stipulate that the pre-trial deadlines relating to the following issues, as set forth in the Court's Final Pretrial Order, will be based on the new trial date:  (1)  jury instructions and proposed form of verdict; (2)   voir dire questions; (3)   trial briefs; (4)   exhibits; (5)   use of depositions or interrogatories; and (6)  motions in limine.

Dated: January 3, 2014

                MURPHY, PEARSON, BRADLEY & FEENEY


                By /s/ William A. Munoz
                  William A. Munoz
                  Attorneys for Defendants
                  CALIFORNIA NORTHSTATE  COLLEGE OF PHARMACY, LLC AND CALIFORNIA NORTHSTATE UNIVERSITY, LLC
                  (e-signature authorized on 12/23/2013)

Dated:  January 3, 2014       LAW OFFICES OF JOHNNY L. GRIFFIN, III


                By /s/ Manolo Olaso
                  Manolo Olaso
                  Attorneys for Plaintiff
                  BRADLEY BRAZILL

Stipulation To Continue Trial
Case No.: 2:12CV-01218-WBS-GGH

# **ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, AND FOR GOOD CAUSE APPEARING THEREFOR,**

**1.     THE FEBRUARY 4, 2014 TRIAL DATE IS VACATED.**

**2.     TRIAL OF THIS MATTER IS RESET FOR <u>FEBRUARY 19, 2014 AT 9:00 A.M.</u>**

Dated:  January 3, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BYN.20710373.doc