**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff BRADLEY BRAZILL

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRAZILL, | Case No. 2:12-CV-01218-WBS-GGH |
| Plaintiff, | **Plaintiff's Objections to Defendant's Trial Exhibits;** |
| vs. | |
| CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC, | Trial Date: February 19, 2014<br>Time: 9:00 a.m.<br>Courtroom: 5 |
| Defendant. | Honorable Senior Judge William B. Shubb |

Pursuant to the Court's October 16, 2013 final pretrial order, Plaintiff hereby files and serves his objections to Defendant's trial exhibits.

Defense Exhibit J:   Objection. James Palmieiri's candidate interview schedule was not produced in any pretrial disclosure under FRCP 26, and was not received by plaintiff until the week before trial. The evidence should be barred for failure to comply with discovery.

Defense Exhibit K:   Objection. James Palmieiri's candidate interview schedule was not

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Plaintiff's Objections to Defendant's Trial Exhibits
Case No. 2:12-CV-01218-WBS-GGH

1

|   |   |   |
|---|---|---|
| | | produced in any pretrial disclosure under FRCP 26, and was not received by plaintiff until the week before trial.  The evidence should be barred for failure to comply with discovery. |
| | Defense Exhibit L: | Objection.  Hearsay.  FRE 801(c). |
| | Defense Exhibit N: | Objection.  Relevance.  FRE 402. Improper impeachment.  FRE 608.  Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues.  FRE 403. |
| | Defense Exhibit O: | Objection.  Relevance.  FRE 402. Improper impeachment.  FRE 608.  Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues.  FRE 403. |
| | Defense Exhibit P: | Objection.  As to documents showing plaintiff's requests for time off from work, relevance.  FRE 402. |
| | Defense Exhibit R: | Objection.  Relevance.  FRE 402.  Hearsay.  801(c).  Improper impeachment.  FRE 608. |
| | Defense Exhibit U: | Objection.  Relevance.  FRE 402.  Hearsay.  801(c).  Improper impeachment.  FRE 608. |
| | Defense Exhibit V: | Objection.  Relevance.  FRE 402.  Hearsay.  801(c).  Improper impeachment.  FRE 608. |
| | Defense Exhibit W: | Objection.  Relevance.  FRE 402.  Hearsay.  801(c).  Improper impeachment.  FRE 608. |
| | Defense Exhibit X: | Objection.  Relevance.  FRE 402.  Hearsay.  801(c).  Improper impeachment.  FRE 608.  Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues.  FRE 403. |

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

| | | |
|---|---|---|
| 1 | Defense Exhibit Y: | Objection. Relevance. FRE 402. Hearsay. 801(c). Improper impeachment. FRE 608. Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues. FRE 403. |
| 2 | Defense Exhibit AA: | Objection. Relevance. FRE 402. Hearsay. 801(c). Improper impeachment. FRE 608. Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues. FRE 403. |
| 3 | Defense Exhibit BB: | Objection. Relevance. FRE 402. Hearsay. 801(c). Improper impeachment. FRE 608. Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues. FRE 403. |
| 4 | Defense Exhibit CC: | Objection. Relevance. FRE 402. Hearsay. 801(c). Improper impeachment. FRE 608. Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues. FRE 403. |
| 5 | Defense Exhibit DD: | Objection. Relevance. FRE 402. Improper impeachment. FRE 608. Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues. FRE 403. |
| 6 | Defense Exhibit EE: | Objection. Relevance. FRE 402. Hearsay. 801(c). Improper impeachment. FRE 608. Probative value substantially outweighed by the dangers of unfair prejudice and confusion of the issues. FRE 403. |

Respectfully submitted,

Dated: February 14, 2014

/s/ Manolo Olaso
Manolo Olaso
Law Offices of Johnny L. Griffin, III
Attorneys for Plaintiff BRADLEY BRAZILL

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Plaintiff's Objections to Defendant's Trial Exhibits
Case No. 2:12-CV-01218-WBS-GGH

3