**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff BRADLEY BRAZILL

**WILLIAM A. MUNOZ (SBN 191649)**
**BRITTANY NG (267581)**
**MURPHY, PEARSON, BRADLEY & FEENEY**
520 Capitol Mall Ste 250
Sacramento, CA 95814
Telephone: (916) 565-0300

Attorneys for Defendant CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRAZILL,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA NORTHSTATE COLLEGE<br>OF PHARMACY, LLC,<br><br>Defendant. | ) Case No. 2:12-CV-01218-WBS-GGH<br>)<br>) **STIPULATION AND [~~PROPOSED~~]**<br>) **ORDER TO CONTINUE STATUS**<br>) **CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Whereas, a status conference in this matter is set for April 14, 2014.

Whereas, the settlement conference before Judge Newman, that was set for April 11, 2014, was re-scheduled to June 4, 2014 to allow the parties additional time to engage in meaningful settlement discussions.

Whereas, the parties will be ready to report the result of their settlement conference with Judge Newman after June 4, 2014.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1      Whereas, good causes exists to continue the status conference to a date after the settlement

2  conference.

3      Therefore, it is hereby stipulated and agreed by all parties, by and through their counsel

4  whose signatures appear below, that the status conference shall be re-scheduled to **June 9, 2014 at**

5  **2:00 p.m.**   The parties shall file a Joint Status Report regarding the status of the settlement

6  conference **no later than 3:00 p.m. on June 6, 2014**.

7

8                          Respectfully submitted,

9  Dated: April 11, 2014              /s/ Manolo Olaso
                                       Manolo Olaso
10                                     Law Offices of Johnny L. Griffin, III
                                       Attorneys for Plaintiff BRADLEY BRAZILL
11

12
       William A. Munoz has reviewed this Stipulation and Proposed Order and has authorized the
13
   filer to sign on his behalf for purposes of electronic filing.
14

15

16 Dated: April 11, 2014              /s/ William A. Munoz
                                       WILLIAM A. MUNOZ
17                                     MURPHY, PEARSON, BRADLEY & FEENEY
                                       Attorneys for Defendant CALIFORNIA NORTHSTATE
18                                     COLLEGE OF PHARMACY, LLC

19

20 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21 **Dated:  April 11, 2014**

22

23                                     WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com