William A. Munoz - 191649
Brittany Y. Ng - 267581
MURPHY, PEARSON, BRADLEY & FEENEY
520 Capitol Mall, Suite 250
Sacramento, CA  95814
Telephone:     (916) 565-0300
Facsimile:      (916) 565-1636

Attorneys for Defendant
CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC

Johnny L. Griffin, III - 118694
Manolo H. Olaso - 195629
LAW OFFICES OF JOHNNY L. GRIFFIN, III
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:     (916) 444-5557
Fax:               (916) 444-5558

Attorneys for Plaintiff
BRADLEY BRAZILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| BRADLEY BRAZILL,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC; CALIFORNIA NORTHSTATE UNIVERSITY, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:12CV-01218-WBS-GGH<br><br>STIPULATION TO CONTINUE TRIAL |

1.      Whereas, pursuant to the Court's June 9, 2014 Status Conference, the parties agreed to an August 11, 2014 trial date for this matter;

2.      Whereas, Defendant's expert Mary Ferrell has a pre-planned vacation starting on August 12, 2014;

3.      Whereas, counsel have met and conferred about a new trial date in light of Defendant's expert's conflict.  Given counsel's respective trial calendars, the first available date for trial of this

- 1 -

matter is after April 7, 2015.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective counsel, that the trial currently set in the above-captioned matter for August 11, 2014 be continued to April 13, 2015, or as soon thereafter as the Court's calendar permits.  The parties further stipulate that the pre-trial deadlines relating to the following issues, as set forth in the Court's Final Pretrial Order, will be based on the new trial date:  (1)  jury instructions and proposed form of verdict;  (2)   voir dire questions;  (3)   trial briefs;  (4)   exhibits;  (5)   use of depositions or interrogatories; and  (6)  motions in limine.

Dated: July 30, 2014

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ William A. Munoz
William A. Munoz
Attorneys for Defendants
CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC AND CALIFORNIA NORTHSTATE UNIVERSITY, LLC

Dated:  July 30, 2014

LAW OFFICES OF JOHNNY L. GRIFFIN, III

By /s/ Manolo Olaso
Manolo Olaso
Attorneys for Plaintiff
BRADLEY BRAZILL

- 2 -

Stipulation To Continue Trial

## __ORDER__

Pursuant to the parties' stipulation, and for good cause appearing therefor, the Court rules as follows:

1.      The August 11, 20914 trial date is VACATED.

2.      Trial of this matter is set for April 14, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 30, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BYN.20710373.doc

Stipulation To Continue Trial