**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff BRADLEY BRAZILL

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY BRAZILL, <br><br> Plaintiff, <br><br> vs. <br> CALIFORNIA NORTHSTATE COLLEGE OF PHARMACY, LLC, <br><br> Defendant. | Case No. 2:12-CV-01218-WBS-GGH <br><br> **Stipulation and [~~Proposed~~] Order for Dismissal** <br><br> Before the Honorable Senior Judge William B. Shubb |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between plaintiff Bradley Brazill, by and through his attorney Johnny L. Griffin, III, and defendant California Northstate College of Pharmacy, LLC, by and through its attorney William A. Munoz, that this entire action be, and hereby is, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 160, with each side to bear his/its own costs and attorneys fees.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1  The parties so stipulate to the foregoing.

                                                     Respectfully submitted,

Dated: May 11, 2015     /s/ JOHNNY L. GRIFFIN, III
                                                     JOHNNY L. GRIFFIN, III
                                                     Law Offices of Johnny L. Griffin, III
                                                     Attorneys for Plaintiff BRADLEY BRAZILL

Dated: May 11, 2015     /s/ WILLIAM A. MUNOZ
                                                   WILLIAM A. MUNOZ
                                                 MURPHY, PEARSON, BRADLEY & FEENEY
                                                 Attorneys for Defendant CALIFORNIA NORTHSTATE
                                                 COLLEGE OF PHARMACY, LLC
                                                 (e-signature expressly authorized on 05/11/2015)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 11, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com